John Wagstaff

| Date | Description | time Units | Provider |
|---|---|---|---|
| April 2, 2012 | Intial Meeting Discussed facts assets, liabilities, goal of bankruptcy provided disclosures and organizing booklet | 10 | CHK |
| May 17, 2012 | Client pays fees $2350 owes $150 set up file and bookeeping | 5 | PL |
| May 31, 2012 | Meeting with Paula to gather facts Office Hours 3:15-6:15 | 30 | PL |
| June 14, 2012 | Meeting Paula to review Best Case info After Hours 4:30-6:30 | 20 | PL |
| June 14, 2012 | Obtain Credit report $30 | 2 | PL |
| July 24, 2012 | Meeting with Paula to edit Best Case | 20 | PL |
| July 24, 2012 | Processing time to get ready for client to sign petition etc | 10 | PL |
| July 25, 2012 | Receive $120 | 2 | PL |
| July 25, 2012 | Review of Documents, Best Case and case status By Attny | 10 | CHK |
| July 26, 2012 | Email From Cricket Credit Counseling | 2 | CHK |
| July 26, 2012 | Final review of documents, Best case and sign petition 5:00-7:00 | 20 | PL |
| July 27, 2012 | Charge for 73 emails between Client and Paula | 73 | PL |
| July 27, 2012 | Pay filing fee with USBC | 1 | PL |
| July 27, 2012 | Filing of Case printing of court emails entry on calendar etc | 5 | CHK |
| July 26, 2012 | Preparation of Documents for trustee Keith Phillips | 5 | PL |
| July 28, 2012 | Court Email with notice of meeting of creditors | 1 | |
| August 1, 2012 | Pay for Cricket Debt Counseling certificate | 2 | PL |
| August 1, 2012 | Final Payment $30 | 2 | PL |
| August 1, 2012 | Court Email Notice of Meeting of Credtors,order to debtor,notice of electronic filing procedure,Notice of Requirement Financial Mgmt | 2 | CHK |
| August 10, 2012 | Notice of Appearance Canfield re ex wife | 1 | CHK |
| August 27, 2012 | Transmit documents to Trustee Keith Philips missing some | 5 | |
| August 30, 2012 | Multiple Phone calls re Domestic hearing Henrico Sept 4-told Wagstaff to go to both but do not miss or be late for 341 | 5 | |
| September 4, 2012 | Meeting of Creditors including travel time, wait time prepare trustee interrogatories | 20 | |
| September 4, 2012 | Trustee Phillips continues 341 to October 2, 2012 for documents | 3 | CHK |
| Septmber 4, 2012 | Phone call from Wagstaff surprise that he need drivers license and social security card | 2 | |
| September 4, 2012 | Email 341 continued documents missing | 20 | CHK |
| September 4, 2012 | Phone call from Wagstaff cannot speak until after 4pm cares for his son | 1 | chk |
| September 6, 2012 | Phone call wagstaff surprise that the homestead needed to be notiaized.  He had to make two trips. | 1 | chk |

| Date | Description | |
|---|---|---|
| September 7, 2012 | Phone call to Canfield re Dischargablity of Attorney's fees. Not dischargable due to character in Domestic Order | 5 chk |
| September 7, 2012 | Call from Jeanne Canfields office with non dischargable amounts $ back dmso $19, 693 and $7500 enforcement attorney's fees | 2 chk |
| September 20, 2012 | Notitce of Motion for Relief from Stay Client Home | 2 chk |
| September 20, 2012 | Email Alyson Gromak offer to settle MO Relief | 1 chk |
| September 20 2012 | Call to Wagstaff to begin discussion relief | 1 chk |
| September 25, 2012 | Calls from and to Wagstaff Mo Relief- Does not understand. No defense. We need to accept terms Wagstaff refused and wants to file his version of response. | 5 chk |
| September 25, 2012 | Has to go to Henrico re child support wants advice | 3 chk |
| September 27, 2012 | Call to debtor to deliver documents | 1 chk |
| September 27, 2012 | Documents delivered to Trustee for October 3, meeting | 2 chk |
| October 3, 2012 | Meeting of Creditors including travel time, wait time prepare trustee interrogatories | 20 chk |
| October 12, 2012 | Wagstaff files own letter re Mo For Relief | 1 chk |
| October 3, 2012 | Call from Jeffrey Coffin re abuse by Wagstaff | 1 chk |
| October 9, 2012 | Call from Jeffrey Coffin explain Wagstaff problem | 1 chk |
| October 16, 2012 | Call to Robert Nash client has no defense | 2 chk |
| October 17, 2012 | Motion for relief Granted | 1 chk |
| October 22, 2012 | Second notice of requirement financial mgmt cert | 2 chk |
| October 25, 2012 | Call from Paul Gagliano Szabo assoc Collector- Gave Bankrutpcy number | 2 chk |
| October 23, 2012 | Call to Debtor re second course financial mgmt | 1 chk |
| October 27, 2012 | Email Solid Start Certificate of Financial Mgmt | 1 chk |
| October 27, 2012 | Email from Wagstaff with certificate f/m attached | 1 chk |
| October 27, 2012 | Request from Wagstaff does he need to attend 341 10/29 returned email YES | 2 chk |
| October 29, 2012 | Verify whether 341 will be held. All 341's to be rescheduled. Call client told him (not to attend, that court would give us another date, told him I would be in Chile November 8 to December 3. I would make sure someone probably Jason would go with him when the new date was set | 6 chk |
| October 31, 2012 | Filling of Certificate of Credit Counseling | 2 chk |
| October 31, 2012 | Receipt by court of F/m certificate | 1 chk |
| November 1, 2012 | Notice of Rescheduled 341 to November 20, 2012 | 1 chk |
| November 7, 2012 | Call to Jason Krumbein to go to 341 November 20 | 1 chk |
| November 1, 2012 | Copy of check from Jeffrey Coffin re payment to Doswell Shows Wagstaff company | 1 chk |
| November 3, 2012 | Payment for Solid Start f/m certificate | $24 |
| November 4, 2012 | Notice of rescheduled 341 to November 20 | 1 PL |
| November 19, 2012 | Email from client Demanding immediate call upon return to US | 1 chk |

John Wagstaff

| Date | Description | |
|---|---|---|
| November 19, 2012 | Email from client Demanding verfication that form 23 f/m filed | 1 chk |
| November 19, 2012 | Wagstaff barrages Jason Krumbein with approximately 20 email More than Irrate.  Warned Jason to have his "health insurance paid up" | |
| November 19, 2012 | Review of hate mail and sympathy for and with Jason Krumbein I just hope he listens relents and finishes this 341 | 5 chk |
| November 20, 2012 | Jason goes to 341 Notifies Court Security of "threat" Notifies Van Arsdale and Phillips of problem | |
| November 20, 2012 | Trustee Keith Phillips dismisses the case "debtor and attorney not able to go forward"  Wagstaff refused jason to sit in and conclude 341. NO PAPERWORK REQUIRED.  Just standard questions.  Trustee interrogatories already in file | |
| November 20, 2012 | Problem described in email: has custody of son and cannot go to 341. | |
| November 20, 2012 | Order granting motion to extend time to object to discharge | 1 chk |
| November 21, 2012 | Certifcation by Trustee and Ustrustee of Dismissal | 1 chk |
| Novemer 21, 2012 | Outrageous email No 1-5 Demanding Refund in cash Email entitled Charles Krumbein is a Thief and a Bum" | 6 chk |
| November 23, 2012 | Notice of LBR dismissing case | 1 chk |
| November 26, 2012 | Noitce of Dismissal | 1 chk |
| November 26, 2012 | Self consideration of what to do: File motion of vacate , But emails indicate that I have been fired, Plan call Alps and Va Bar ethics counsel | 3 chk |
| November 30, 2012 | Wagstaff file prose motion to vacate dismissal | 2 chk |
| November 29, 2012 | Order received by court Order of Relief Residence | 1 chk |
| December 4, 2012 | Clerk enters prose motion to vacate dismissal | 1 chk |
| December 5, 2012 | Consultation with Va Bar ethics counsel; suggestion let Wagstaff cool off, give his a chance to allow counsel to withdraw | 5 chk |
| December 17, 2012 | Motion to withdraw filed late intentionally.  No need for a confrontation.  By filing late Counsel did  not have to appear.  No hearing date set or noticed | 4 chk |
| December 17, 2012 | Call to Tice chambers.  Discussed situation, asked judge to inquire if Wagstaff would endorse order withdraw | 5 chk |
| December 17, 2012 | Call to Van Arsdale to keep him in the loop | 1 chk |
| December 19, 2012 | Discussion with Judges clerk Wagstaff objected to withdrawal of counsel | 2 chk |
| January 14, 2013 | Attandance at rescheduled 341: trustee indicated that he had all documents from before October 29, 2012. Mr. Wagstaff did not bring an original social security card.  341 continued.  Wagstaff has the option to show original social security card at phillps office. | 20 chk |
| January 16, 2013 | Preparation and filing of response to motion to disgeorge | 60 chk |

January 23, 2013 Hearing for Motion to Disgorge

SUMMARY

| | |
|---|---|
| Paula Lutzky after hours | 4 hours at $90 plus $40 perhour for after hours |
| Paula Lutzky | 153 units 15.3 hours times $90 1377 |
| Charles Krumbein | 278 units 27.8 hours $6950 |