From: "Jason M. Krumbein" <jkrumbein@krumbeinlaw.com>
Subject: Re: Wagstaff
Date: November 20, 2012 11:21:29 AM EST
To: Paula Lutzky <plutzky@gmail.com>
Cc: charlesh@krumbein.com, ckrumbein@gmail.com

I was down at the courthouse for BK Court hearings, so I stopped in to see Keith and Debbie.

They advise that at this point, they just need to paper the file, and if he will cooperate, and do what he needs, they will issue the NDR, and not object to his discharge.
They need to paper the file, and be done.

This panicky whacko needs to calm down, and get over it.
He is VERY upset because the documents were not there at the times HE wanted.

As an aside-- I see that his DE was filed on 10/31 (Document 18).
I know he has panicked about that, and asked about the "form 23", so it is filed.
--
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail


Quoting Paula Lutzky <plutzky@gmail.com>:

> Jason,
> I am so sorry that you had to put up with that barrage of nasty emails last night. If there is anything that I can do, please let me know.
> Paula
>
> Sent from my iPhone
>
> On Nov 19, 2012, at 11:15 PM, "Jason M. Krumbein" <jkrumbein@krumbeinlaw.com> wrote:
>
>> Have you seen the LOAD OF SHIT Wagstaff is throwing at me?

I am doing the best I can to be polite, but this one is going to blow up.
Honestly, if he were my client, I would be seeking to withdraw. I find him insulting and abusive.

Your call. I will be there, and do what I can, but this is OVER THE TOP.


--
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail


Quoting Charles & Cindy Krumbein <ckrumbein@gmail.com>:

> To recap. McClung be careful I have objected to the us trustees motion to extend the time to object to discharge. They are just stalling and bluffing. No documents are needed.
> I have already informed the Court and by extension all parties that there will be a trial on this issue. Do let them change my mind thru you by lying to you.
> Wagstaff. Phillips has all the documents. When they were due my scan to email was broken so Cindy hand delivered all the originial documents They have it all. No other answer is accurate. So lets say they have lost them. Tell them to get ready for a trial where I call everybody as a witness and ask them in front of a Judge what happend to the documents.
> Most likely all this will go smoothly. But I am being difficult for my clients Phillips seems to like to make things difficult. I am sorry about the hurricane but they need to move on by doing their job.
> On Nov 19, 2012, at 10:58 AM, Jason M. Krumbein <jkrumbein@krumbeinlaw.com> wrote:
>
>> OK.
>> Lets do this--
>> McClung can be re-adjourned to the next date. You can extend the deadline to object if you need. CHK can deal with this.
>>
>> I will appear with Wagstaff, and we will get it done. Hopefully, I will have time to review the documents before then, and I will be able to get the rest of the file to review documents.
>> Umm.. You do have the NORMAL required documents, RIGHT? <cringing>

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, inc.
5310 Markel Rd, Suite 102
Richmond, VA 23230
804.303.0204 voice
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail

From: Debra Weekley [mailto:dweekley@pf-law.com]
Sent: Monday, November 19, 2012 9:38 AM
To: 'Jason M. Krumbein'
Cc: keith@pf-law.com
Subject: RE: Wagstaff and McClung

The Wagstaff 341 hearing has yet to be held because of various issues regarding documents and pay advices. The hearing is scheduled to go forward as the original 341 hearing has not been held.

McClung, I am unable to advise you yet as I have not yet heard from the UST's office regarding this case but Mr. Krumbein did let me know that he would be out of town for this hearing.
deb

From: Jason M. Krumbein [mailto:jkrumbein@Krumbeinlaw.com]
Sent: Monday, November 19, 2012 9:22 AM
To: dweekley@pf-law.com
Cc: keith@pf-law.com
Subject: FW: Wagstaff and McClung

CHK asked me to check on Wagstaff and McClung.

I saw in Wagstaff that there was a notice of rescheduled 341 set for November 20. Does Wagstaff or counsel need to attend? Do you have all the documents you need? What are you missing?

I saw in McClung that there was an adjourned 341 set for November 26 (not the 23rd CHK thinks). Does McClung or counsel need to attend? Do you have all the documents you need? What are you missing?

Sorry about the short notice.

Thanks.

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, inc.
5310 Markel Rd, Suite 102

Richmond, VA 23230
804.303.0204 voice
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail

From: Paula Lutzky [mailto:plutzky@gmail.com]
Sent: Friday, November 16, 2012 3:59 PM
To:
Subject: Fwd: Update


Sent from my iPhone

Begin forwarded message:

From: Charles & Cindy Krumbein <ckrumbein@gmail.com>
Date: November 16, 2012, 1:23:40 PM EST
To: Paula Lutzky <plutzky@gmail.com>
Subject: Re: Update

Thank you. We have out of wi fi for days. This beautiful but technology for tourists seems a year off. Please have Jason check with Keith Phillips Wagstaff 341 continued to nov 20 and McClung nov 23.

Sent from my iPhone

From: "Jason M. Krumbein" <jkrumbein@krumbeinlaw.com>
Subject: RE: Fwd: November 20 meeting
Date: November 20, 2012 11:34:34 AM EST
To: Bill Wagstaff <vashowsinc@comcast.net>
Cc: charlesh@krumbein.com, ckrumbein@gmail.com, plutzky@gmail.com

The form 23- certification of completion of a course on personal financial management- WAS FILED on October 31 (document 18).
--
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail

Quoting Bill Wagstaff <vashowsinc@comcast.net>:

> I have spoke with Robert Van Arsdale with the Office of the US Trustee. I am awaiting a call back to see if Mr. Phillips will continue this to his next date.
> I have also told Mr. Van Arsdale that I prefer to get Mr. Phillips the back statements myself rather than taking the change you all will even get the documents to Mr. Phillips.
>
> I was informed that there is a form that your office should have filed since you knew well in advance that Charles would be out of the country.
>
> I am still awaiting proof the Form 23 has been filed. Since we have such problems with the details of this case I will now need to be apprised of each and every step in this process well in advance. I also require verification that any and all applicable forms have been filed.
>
> Nothing like having to babysit people you have paid considerable amounts of cash.
>
> -----Original Message-----
> From: Jason M. Krumbein [mailto:jkrumbein@krumbeinlaw.com]
> Sent: Monday, November 19, 2012 10:09 PM
> To: Bill Wagstaff

Cc: charlesh@krumbein.com; ckrumbein@gmail.com; plutzky@gmail.com
Subject: RE: Fwd: November 20 meeting

I am sorry you are unhappy.

I am sorry I cannot call you the INSTANT you demand a call. I am taking time out of MY evening to work with your situation. I have children and a family life, just like you. I wrote the last e-mail while helping my 7 year old do her homework.

You need representation at the hearing.

Why was this case not continued before Charles left? I have no idea.
Can it be continued? I am sure it can, but I am not sure why it would be.

I am sorry you think this case is a comedy of errors. I think that your response is inappropriate.

Bankruptcy is a tough situation. In exchange for a court ordered absolution of all your debts, you must agree to lay your financial soul bare. That is what you signed up for. That is how Bankruptcy works.

I am certain that at the prior hearing, you were told that you needed to bring the July 2012 Bank statements. You need your personal and business statements.
If you can't get them I am certain that the hearing can be continued.

I am someone who is being thrown into trying to help you at the last minute.

PLEASE LET ME TRY TO HELP YOU. I will be at the hearing room tomorrow.

--
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail


Quoting Bill Wagstaff <vashowsinc@comcast.net>:

> -----Original Message-----
> From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
> Sent: Monday, November 19, 2012 9:12 PM

To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 9:10 PM
To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 9:10 PM
To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 9:10 PM
To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 9:10 PM
To: 'Bill Wagstaff'; 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

Jason,
I am turning off the computer and will not be waiting all night to get a reply from you. A phone call would have taken a matter of minutes. I understand that this is not your case but put simply, I am livid! My case has been a comedy of errors from the beginning. These issues today are about the last straw. Since this is not your case, you don't work for the firm I retained and since there is no agreement for representation between you and I; I am not comfortable with you as my counsel tomorrow.

Why has a continuance not been sough since Charles is out of the country?


-----Original Message-
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 8:49 PM
To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

Jason,
Since you aren't going to call I would like to get a prompt response so I can be done with this crap for tonight and don't have to keep checking for an email response.

Respectfully,
Bill Wagstaff
Virginia Shows
(804) 253-6284
(804) 253-6285 Fax


-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Monday, November 19, 2012 8:29 PM
To: 'Jason M. Krumbein'; 'charlesh@krumbein.com'; 'ckrumbein@gmail.com'; 'plutzky@gmail.com'
Subject: RE: Fwd: November 20 meeting
Importance: High

Hi Jason,
If you recall, I am they guy who went before the trustee without counsel and
met you in the waiting area after the first hearing had been adjourned.

My son has to be returned at 3pm tomorrow. How do you all imagine that I will be able to do that? Sounds like the basis for yet another Show Cause.

Shouldn't someone have contacted me with the attached notice prior to 4:52pm
today to ensure that I was aware of this meeting?

I have to tell you that I am not comfortable with this game of musical attorneys. With all due respect, if you feel my ex wife's threats are

> without merit and that she won't follow through then you are certainly not
> very familiar with my case. My wife's threats are not without merit and she
> and her attorney will follow through. Ask Charles what he knows of my wife
> and her divorce attorney if you doubt my word. Who is going to pay my legal
> fees incurred for that?
>
> Jason, since I paid Charles to represent me and you do not work for Charles
> I question whether or not I should simply ask for a continuance tomorrow.
> This would eliminate any "witch hunt" that you reference.
>
> The documents were hand delivered to the trustee at the last meeting by
> Charles. They were supposed to be provided to him well in advance of the
> meeting, so everything was continued again.
> I don't know what the issue is with getting Robinson the documents in a
> timely manner but Charles and Paula have been in receipt for those documents
> months before that meeting. I am now being told that the trustee needs the
> July bank statement. I am fairly certain that this too should have been
> provided in advance. If anyone had bothered to let me know I could have
> gotten this to the trustee prior to this meeting. When I am told I need a
> "July bank statement"; is that business, personal or both?
>
> I have not seen a statement that the trustee doesn't have documents. I do
> see where he correctly indicates the course this case has taken with no
> counsel showing up at the first meeting, a pile of documents handed to him
> at the second meeting rather than being provided in advance as required and
> so on.
>
>
> I am very uncomfortable with the situation tomorrow. I am also truly
> disappointed in how this case has proceeded and how it has been handled.
>
>
>
> Respectfully,
> Bill Wagstaff
> Virginia Shows
> (804) 253-6284
> (804) 253-6285 Fax

-----Original Message-----
From: Jason M. Krumbein [mailto:jkrumbein@krumbeinlaw.com]
Sent: Monday, November 19, 2012 8:03 PM
To: Paula Lutzky
Cc: vashowsinc@comcast.net; charlesh@krumbein.com
Subject: Re: Fwd: November 20 meeting

Mr. Wagstaff-

I am Charles Krumbein's son. I am also a lawyer. I will attempt to answer as many of your questions as I can.

The court sent you a notice, a copy of which is attached. The document shows that the court mailed you a copy on November 3, to 11050 Branch Road, Glen Allen, VA 23059-4762.

I am sorry that you are upset. We will do what we can to expedite the hearing.
I understand that your wife is upset that you are taking your son to this hearing. I am sorry. I think that her threats are without merit.
Would she ask for a show cause if you took him to a doctor's appointment?

I do not know why this is the first contact about this hearing. I do not work for Charles, I just cover when he is unavailable.

Charles is not in town. I will be appearing at the hearing. I am fully informed.

I understand that all of the documents were hand delivered to the trustee.

I am sorry you are upset. I cannot fix that.

A 341 hearing is a chance for the trustee to ask questions about your income, your assets, and your expenses. Most hearings go easily and quickly.

The reason we are having this hearing is for Mr. Phillips to ask more questions, in support of his theory that there is something that is wrong so that either he can administer (take and sell) an asset, or to object to the discharge. He asked for more time, and now if he wishes to object, he needs to have some evidence. He is attempting to gather the evidence.

While I cannot obtain the evidence, I believe this witch hunt may be because
Charles is out of town.

The documents that were supposedly not delivered to the trustee were hand delivered to the trustee. His statement that he does not have them is . .

suspect. I do not know where they were, but I understand he has them all now.

I will try to call you tonight, but I do not know if I will be able to do so. IN any event, I will be at the hearing, and I will be prepared.

--
Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office
804.303.0209 fax
JKrumbein@KrumbeinLaw.com e-mail


Quoting Paula Lutzky <plutzky@gmail.com>:


Sent from my iPhone

Begin forwarded message:

> From: "Bill Wagstaff" <vashowsinc@comcast.net>
> Date: November 19, 2012, 7:21:02 PM EST
> To: <plutzky@gmail.com>, "'Charles & Cindy Krumbein'"
> <ckrumbein@gmail.com>, "'Charles Krumbein'" <charlesh@krumbein.com>
> Subject: FW: November 20 meeting

Hello All,
Below is the only notice I have ever received regarding a November 20 hearing.  This was sent to me while I was on site at an exhibition center at my event, as indicated in my reply.
I don't even have a time for tomorrow and am more than a little upset about this whole situation.  I have my son tomorrow and 4:52 pm is a bit late to make alternate arrangements for his care tomorrow.
Regardless of the fact that we might get out faster because my son is

there; I do not like taking him to court and he doesn't enjoy being there. My ex has already indicated that she intends to take me back to J&DR for some type of Show Cause motion for taking him to bankruptcy court last time.

If the trustee needs the July bank statements why am I just hearing about this now? I know the other documents were supposed to be turned in well in advance of the last meeting, which did not happen. I could have provided these documents to Mr. Phillips or your office to give to Mr. Philips some time ago.

What is a 341 hearing?

Why are we having this hearing after I received Mr. Philips motion to extend the deadline to object to debtor's discharge and/or the discharge of certain debts?

Charles, are you in town? If not, am I supposed to go to the hearing without counsel again?

Sorry but I am beginning to be more than a little upset at how this case has proceeded.

I need to hear from someone tonight.

Respectfully,
Bill Wagstaff
Virginia Shows
(804) 253-6284
(804) 253-6285 Fax

-----Original Message-----
From: Bill Wagstaff [mailto:vashowsinc@comcast.net]
Sent: Friday, November 09, 2012 10:34 AM
To: 'Charles Krumbein'
Subject: RE: November 20 meeting
Importance: High

onsite @ show - don't know right now.
Did you get the email I sent you all RE: Chase and my mortgage?

Respectfully,
Bill Wagstaff
Virginia Shows

(804) 253-6284
(804) 253-6285 Fax

-----Original Message-----
From: Charles Krumbein [mailto:charlesh@krumbein.com]
Sent: Friday, November 09, 2012 9:41 AM
To: dweekley@pf-law.com; Bill Wagstaff
Subject: November 20 meeting

When the time is good for the trustee please reschedule the november 20 meeting. I am leaving today for Chile/Patagonia. I do not think I can call in from nowhere.=