From: "Bill Wagstaff" <vashowsinc@comcast.net>
Subject: RE: Charles Krumbein is a THIEF!
Date: November 27, 2012 3:54:14 PM EST
To: "'Charles Krumbein'" <charlesh@krumbein.com>, "'Charles & Cindy Krumbein'" <ckrumbein@gmail.com>, "'Paula Lutzky'" <plutzky@gmail.com>

## Hello Thief!

**Please** call the police! I have already. I have also met with them and am working with them on this issue. I will be bringing the Police with me to retrieve my files that you are required by law to turn over to me. These files have been requested three times by email and also via fax with receipt confirmation.

We are exploring criminal complaints in addition to the civil suit that WILL be filed. You are definitely guilty of <u>negligence</u>, breach of <u>fiduciary duty</u> and/or <u>breach of contract</u>. It would have been so easy for you to just have done what you were paid to do but you couldn't even show up or turn in documents you had in you possession for months.

You are an amoral crook, a thief and the most incompetent attorney in Virginia.

**From:** Bill Wagstaff [mailto:vashowsinc@comcast.net]
**Sent:** Wednesday, November 21, 2012 7:30 PM
**To:** 'Charles Krumbein'; 'Charles & Cindy Krumbein'; 'Paula Lutzky'
**Subject:** RE: Charles Krumbein is a THEIF!
**Importance:** High

**From:** "Bill Wagstaff" <vashowsinc@comcast.net>
**Subject:** Charles has NOT withdrawn from Wagstaff case
**Date:** November 28, 2012 10:48:33 AM EST
**To:** "'Charles Krumbein'" <charlesh@krumbein.com>, "'Charles & Cindy Krumbein'" <ckrumbein@gmail.com>, "'Paula Lutzky'" <plutzky@gmail.com>

According to Robert Van Arsdale, Charles Krumbein may only be released from this case by the presiding Judge. Mr. Van Arsdale informs me that no order to withdraw has been submitted by Krumbein with regard to this case.

**From:** Bill Wagstaff [mailto:vashowsinc@comcast.net]
**Sent:** Tuesday, November 27, 2012 3:54 PM
**To:** 'Charles Krumbein'; 'Charles & Cindy Krumbein'; 'Paula Lutzky'
**Subject:** RE: Charles Krumbein is a THIEF!
**Importance:** High
**Sensitivity:** Confidential

Hello Thief!
**Please** call the police! I have already. I have also met with them and am working with them on this issue. I will be bringing the Police with me to retrieve my files that you are required by law to turn over to me. These files have been requested three times by email and also via fax with receipt confirmation.

We are exploring criminal complaints in addition to the civil suit that WILL be filed. You are definitely guilty of negligence, breach of fiduciary duty and/or breach of contract. It would have been so easy for you to just have done what you