UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

In Re:                                  Case Number: 12-34422
John W Wagstaff, III                    Chapter 7
Debtor

**ORDER ALLOWING COUNSEL TO WITHDRAW**

This day comes Charles H Krumbein counsel of record in the above styled case and the debtor herein John W Wagstaff, III and jointly asks that counsel be allowed to withdraw as counsel.  This court having considered the arguments and statements of the parties finds cause to allow such withdrawal.  ACCORDINGLY,

It is **ORDERED, ADJUDGED AND DECREED** that the clerk and this court and all other interested parties shall hence forth not consider Charles H Krumbein as counsel or record in this case nor shall he be listed as such.

Date February ___ 2013

_____
Douglas O Tice
Judge United States Bankruptcy Court

We ask for this
/S/ Charles H Krumbein
Charles H Krumbein Va Bar No 01234
Krumbein & Associates, PLLC
1650 Willow Lawn Drive  Richmond, Va 23230
Voice 804 673 4358  Fax: 804 234 1154

We Ask For this Seen and Agreed
Signed January 23, 2013
/S/ John W Wagstaff,III
John W Wagstaff,III
11050 Branch Road
Glen Allen Va 23059

Certificate of Endorsement

The undersigned hereby certifies that all necessary parties have endorsed this order.
/S/ Charles H Krumbein

January 31, 2013